IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>ROBERT J. JOYNER,<br>       Debtor.<br><br><br>ROBERT J. JOYNER,<br>       Plaintiff,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br>       Defendant. | Chapter 7<br><br>Case No. 2:05-bk-23431<br><br><br>Adversary No. 06-148<br><br>**ORDER INCORPORATING<br>MEMORANDUM DECISION** |

      Based upon this Court's Memorandum Decision dated September 26, 2007, which is incorporated herein by reference:

      The Court finds that the Plaintiff, Robert Joyner, has not met his burden of proof under 11 U.S.C. § 523(a)(8). Therefore,

      IT IS ORDERED that the Plaintiff shall owe the Defendant, Educational Credit Management Corporation, the principal amount of $43,811.71, plus interest accruing thereon and any costs of collection, and that said obligation shall be non-dischargeable under 11 U.S.C. § 523(a)(8).

                       **DATED this 26th day of September, 2007.**

                        */s/ Sarah Sharer Curley*
                        **Honorable Sarah Sharer Curley
                        United States Bankruptcy Judge**

BNC to notice.